# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-3 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Isreal Collins | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant waives detention hearing without prejudice. Preliminary examination hearing is set for Friday, July 18, 2008 at 9:00 a.m.  Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|