# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-3 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA vs. Israel Collins | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause; Order defendant detained and bound to the District Court for further proceedings.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|